**EFRAIM Z. KIEFFER, ESQ.**
Law Office of Efraim Z. Kieffer
131 Pennington Ave
Passaic, NJ 07055
(973) 614-9245
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHAIM MARKOWITZ, et al | : | Civil Action No.: 2:12-cv-00355-**WHW-MCA** |
| Plaintiffs | : | |
| vs. | : | |
| CELENTANO, STADTMAUER & WALENTOWICZ, LLP, et al | : | |
| Defendants | : | **NOTICE OF VOLUNTARY DISMISSAL** |

The Plaintiffs, by and through counsel, Efraim Z. Kieffer, Esquire, hereby voluntarily dismiss the above captioned action with prejudice and without costs to any party.


Dated: April 25, 2012            BY:    s/ Efraim Z. Kieffer

                                        _____
                                        EFRAIM Z. KIEFFER, ESQ.